UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY.; R.J. REYNOLDS VAPOR COMPANY.; and SANTA FE NATURAL TOBACCO COMPANY., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and HELEN N. ROBBINS-MEYER, in her official capacity as the County of San Diego's Chief Administrative Officer,<br><br>Defendants. | Case No.: 20-CV-1290 JLS (WVG)<br><br>**ORDER CONTINUING HEARING**<br><br>(ECF Nos. 6, 26.) |

Presently before the Court is Plaintiffs R.J. Reynolds Tobacco Company, R.J. Reynolds Vapor Company, and Santa Fe Natural Tobacco Company, Inc.'s Motion for Preliminary Injunction or Summary Judgment (ECF No. 6) and Defendant County of San Diego's Motion to Dismiss (ECF No. 26). The Parties recently filed a Joint Motion to Consolidate Hearings in related case *R.J. Reynolds Tobacco Company et al v. Becerra et al*, Case No. 3:20-cv-01990 (ECF No. 18). The Court consolidates the hearing on Plaintiffs' Motion for Preliminary Injunction or Summary Judgment and Defendants'

1

Motion to Dismiss (ECF Nos. 6, 26) with the hearing on the Motion for Preliminary Injunction and Motion to Dismiss in *Neighborhood Market Association, Inc., et al. v. County of San Diego*, Case No. 3:20-cv-01124 (ECF Nos. 4, 12), and the Motion for Preliminary Injunction in *R.J. Reynolds Tobacco Company et al v. Becerra et al*, Case No. 3:20-cv-01990 (ECF No. 6). Accordingly, the Court **HEREBY CONTINUES** the hearing on both motions presently scheduled in this matter for November 5, 2020 to <u>December 10, 2020 at 1:30 p.m</u>.

**IT IS SO ORDERED.**

Dated: October 27, 2020

*[signature]*
Hon. Janis L. Sammartino
United States District Judge