UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY.; R.J. REYNOLDS VAPOR COMPANY.; and SANTA FE NATURAL TOBACCO COMPANY., INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; and HELEN N. ROBBINS-MEYER, in her official capacity as the County of San Diego's Chief Administrative Officer, <br><br> Defendants. | Case No.:  20-CV-1290 JLS (WVG) <br><br> **ORDER CONTINUING HEARING** <br><br> (ECF Nos. 6, 26.) |

    Presently before the Court is Plaintiffs R.J. Reynolds Tobacco Company, R.J. Reynolds Vapor Company, and Santa Fe Natural Tobacco Company, Inc.'s Motion for Preliminary Injunction (ECF No. 6) and Defendant County of San Diego's Motion to Dismiss (ECF No. 26).  The Court **HEREBY CONTINUES** the hearing on both motions presently scheduled for December 10, 2020, to <u>January 28, 2021 at 1:30 p.m. in Courtroom 4D</u> to be heard alongside the motions in Case Nos. 3:20-cv-01990 and 3:20-cv-01124.

    The Court will hold the January 28, 2021, hearing by video, with public access by

telephone. The Parties must contact the Courtroom Deputy by email at alex_ramos@casd.uscourts.gov for access information; the telephone number for public access will be provided in a future Order. If visual aids will be used during the hearing, the Parties **SHALL PROVIDE** hard copies or **SHALL LODGE** electronic copies with the Court at efile_sammartino@casd.uscourts.gov at least two (2) hours before the hearing.

**IT IS SO ORDERED.**

Dated: December 10, 2020

Hon. Janis L. Sammartino
United States District Judge