1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   R.J. REYNOLDS TOBACCO                      Case No.:  20-CV-1290 JLS (WVG)
     COMPANY.; R.J. REYNOLDS VAPOR
12   COMPANY.; and SANTA FE                     **ORDER TAKING PENDING
     NATURAL TOBACCO COMPANY.,                  MOTIONS UNDER SUBMISSION
13   INC.,                                      WITHOUT ORAL ARGUMENT**
14
                                 Plaintiffs,
15                                              (ECF Nos. 6, 26)

16   v.

17   COUNTY OF SAN DIEGO; and HELEN
     N. ROBBINS-MEYER, in her official
18   capacity as the County of San Diego's
     Chief Administrative Officer,
19
                                 Defendants.
20

21

22        Presently before the Court is Plaintiffs R.J. Reynolds Tobacco Company, R.J.

23   Reynolds Vapor Company, and Santa Fe Natural Tobacco Company, Inc.'s Motion for

24   Preliminary Injunction (ECF No. 6) and Defendant County of San Diego's Motion to

25   Dismiss (ECF No. 26).  The Court previously vacated the hearing on these Motions.  (*See*

26   ///

27   ///

28   ///

1    ECF No. 35.)   On its own motion, the Court the takes these matters under submission

2    without oral argument pursuant to Civil Local Rule 7.1(d)(1).

3        **IT IS SO ORDERED.**

4    Dated:  February 9, 2021

5                                                Hon. Janis L. Sammartino
                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20-CV-1290 JLS (WVG)