UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY.; R.J. REYNOLDS VAPOR COMPANY.; and SANTA FE NATURAL TOBACCO COMPANY., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and HELEN N. ROBBINS-MEYER, in her official capacity as the County of San Diego's Chief Administrative Officer,<br><br>Defendants. | Case No.: 20-CV-1290 JLS (WVG)<br><br>**ORDER (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT AND (2) ORDERING SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 37) |

Presently before the Court is Plaintiffs R.J. Reynolds Tobacco Company, R.J. Reynolds Vapor Company, and Santa Fe Natural Tobacco Company, Inc.'s Unopposed Motion for Leave to File a Supplemental Complaint ("Mot.," ECF No. 37).

Pursuant to Federal Rule of Civil Procedure 15(d), "the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." The Rule "plainly permits supplemental amendments to cover events happening after suit, and it follows, of

course, that persons participating in these new events may be added if necessary." *Griffin v. County School Board*, 377 U.S. 218, 226–27 (1964).  Permitting or denying leave to file a supplemental pleading or claim is left to the sound discretion of the court. *Keith v. Volpe*, 858 F.2d 467, 475 (9th Cir. 1988).

Here, Plaintiffs seek leave to supplement their Complaint because on December 8, 2020, San Diego County adopted Ordinance No. 10699.  Mot. at 1.  When Ordinance No. 10699 becomes operative on July 1, 2021, it will repeal the current ban on "flavored smoking products" in Ordinance No. 10647 and replace it with a ban on the sale of "flavored tobacco products." *Id.*  Because of this development, Plaintiffs request leave to file a Supplemental Complaint, which adds claims that Ordinance No. 10699 is similarly preempted by federal law. *Id.*  Additionally, the Supplemental Complaint includes two new Plaintiffs: American Snuff Co., LLC and Modoral Brands Inc. *Id.*  These companies manufacture flavored tobacco products that were not covered by San Diego County's original Ordinance but will be covered by the new Ordinance. *Id.*  Defendants do not oppose Plaintiffs' Motion. *Id.*

Good cause appearing, the Court **GRANTS** Plaintiffs' Unopposed Motion.  Plaintiffs may file their Supplemental Complaint.  Additionally, the Parties **SHALL FILE** simultaneous briefs within <u>seven (7) days</u> of the electronic docketing of this Order, not to exceed five (5) pages each, addressing how the Court should resolve the new claims in light of the pending motions in this action.

**IT IS SO ORDERED.**

Dated:  March 4, 2021

*[signature]*
Hon. Janis L. Sammartino
United States District Judge