UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY.; R.J. REYNOLDS VAPOR COMPANY.; and SANTA FE NATURAL TOBACCO COMPANY., INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; and HELEN N. ROBBINS-MEYER, in her official capacity as the County of San Diego's Chief Administrative Officer, <br><br> Defendants. | Case No.: 20-CV-1290 JLS (WVG) <br><br> **ORDER DIRECTING CLERK OF COURT TO ENTER FINAL JUDGMENT** |

Presently before the Court is Plaintiffs' Notice of Intent Not to Amend the Complaint ("Notice," ECF No. 44). On March 29, 2021, this Court granted Defendants' Motion to Dismiss and dismissed Plaintiffs' Complaint and Supplemental Complaint without prejudice. ECF No. 43 at 22–23. The Court granted Plaintiffs leave to file an amended complaint within 30 days. *Id.* On April 6, 2021, Plaintiffs filed the present notice stating that "they elect not to amend the Complaint, and instead wish to appeal to the Ninth Circuit." Notice at 2. Plaintiffs request that the Court enter final judgment in this action

1  so they may obtain an appealable order. *Id.* (citing *Edwards v. Marin Park, Inc.*, 356 F.3d
2  1058, 1064 (9th Cir. 2004)).

3  Good cause appearing, the Court **DIRECTS** the Clerk of Court to enter final
4  judgment in favor of Defendants and against Plaintiffs. This Order concludes litigation in
5  this matter. The Clerk of Court **SHALL CLOSE** the file.

6  **IT IS SO ORDERED.**

7  Dated: April 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge